IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 18-61033MP |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Noel Cucul-Pop, | ) | |
| Defendant. | ) | |

RECEIVED US MARSHALS SERVICE YUMA, ARIZONA 2018 MAY 16 P 1:27

The United States has orally moved to dismiss the Complaint against the defendant, Noel Cucul-Pop. IT IS ORDERED that this motion is GRANTED and the Complaint is DISMISSED Without Prejudice.

DATED: Wednesday, May 16, 2018.

James F. Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: 6CL147LNC

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - YUMA | |

Date: 05/16/2018   Case Number: 18-61033MP

USA vs. Noel Cucul-Pop
U.S. MAGISTRATE JUDGE: JAMES F. METCALF   Judge AO Code: 70BV
ASSIGNED U.S. Attorney: Joshua Kolsrud
INTERPRETER REQ'D:
Attorney for Defendant: Carlos Velazquez Marrero (FPD)

PROCEEDINGS: [X] STATUS HEARING
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be Same
[X] Petty Offense   [X] Date of Arrest: 05/14/2018

OTHER: Carlos Velazquez Marrero (FPD) is appointed as attorney of record for defendant. Defendant requires a Q'EQCHI Interpreter. No interpreter available for this hearing. Upon Oral Motion of the Government to Dismiss the Complaint, IT IS ORDERED, Government's Motion to Dismiss is GRANTED and the Complaint is DISMISSED Without Prejudice.

Recorded by Courtsmart   Status Hrg: 1
BY: Angela Gutierrez
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Noel Cucul-Pop

YOB: 1984

CRIMINAL COMPLAINT
CASE: 18-61033MP
Citizenship: GUATEMALA

DOA: 05/14/2018

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about May 14, 2018, near San Luis, Arizona in the District of Arizona, Defendant Noel CUCUL-Pop, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Guatemala and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near San Luis, Arizona on May 14, 2018.

File Date: 05/16/2018

at Yuma, Arizona

Rafael Flores, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/16/2018

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: 6CL147LNC

Magistrate Information Sheet

Complaint: Noel Cucul-Pop

Criminal History: NONE

Immigration History: NONE